542 U.S. 911
 JIMENEZ-VELASCO
v.
UNITED STATES;
GONZALEZ
v.
UNITED STATES;
HINOJOSA-AGUIRRE
v.
UNITED STATES;
DEL BOSQUE
v.
UNITED STATES;
LOZANO-TAMEZ
v.
UNITED STATES;
QUIROZ-ESCOBEDO
v.
UNITED STATES; and
CAMPOS MADRIGAL
v.
UNITED STATES.
 No. 03-10262.
 Supreme Court of United States.
 June 14, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 86 Fed. Appx. 726 (fourth judgment); 87 Fed. Appx. 935 (sixth judgment) and 993 (first judgment); 88 Fed. Appx. 779 (second judgment); 89 Fed. Appx. 479 (seventh judgment); 90 Fed. Appx. 79 (fifth judgment); 95 Fed. Appx. 640 (third judgment).